**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :     No. 687 MAL 2019
                                  :
               Respondent     :
                                  :
                                  :     Petition for Allowance of Appeal
                                  :     from the Order of the Superior Court
          v.                       :
                                  :
                                  :
DEREK ANTHONY CLIFTON,            :
                                  :
               Petitioner     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.